IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 1 2021
CLERK, U.S. DISTRICT COURT
By_____ YL

Cause No:  3-21-CV-00798-X-BN

Joe Hunsinger
  Plaintiff

v.

A&C CAPITAL INTERESTS, LLC.
Defendant

# MOTION TO DISMISS WITH PREJUDICE

COMES NOW the Plaintiff, hereby stipulates to dismiss this civil action **with Prejudice**.

Submitted June 7, 2021

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that service to Defendant or opposing counsel will be accomplished by the CM/ECF system or regular mail.

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677



NORTH TEXAS TX P&DC
DALLAS TX 750
8 JUN 2021  PM 7  L

RECEIVED - 8

JUN 11 2021



Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217

Federal Court
1100 Commerce St # 1452
Dallas, TX 75242

75242-131052